UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 3:22-cr-00306 |
| TORREY GLENN, | ) | |
| Defendant. | ) | |

## MEMORANDUM OPINION AND ORDER

The grand jury returned a single-count Indictment charging Torrey Glenn—a convicted felon—with unlawful and knowing possession of ammunition in violation of 18 U.S.C. § 922(g)(l). (Doc. No. 1). He moves to dismiss because 18 U.S.C. § 922(g)(l) violates the Second Amendment. (Doc. No. 23). Defendant concedes that the identical challenge to § 922(g)(1) was presented and rejected in United States v. Gleaves, No. 3:22-cr-00014, 2023 WL 1791866 (M.D. Tenn. Feb. 6, 2023). (See id. at 1). Defendant offers no argument on why Gleaves was wrongly decided. Defendant's arguments were addressed in the Gleaves opinion. For the reasons stated in Gleaves, Defendant's motion will be denied.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE